UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-8303-RMM

UNITED STATES OF AMERICA

v.

JULIO MANUEL GODINEZ-DOMINGO,
 a/k/a Manuel Oodillez,
 a/k/a Julio Manuel Domingo-Godinez,

                           **Defendant.**

FILED BY SW D.C.
Jun 4, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     (561) 820-8711
Fax:     (561) 820-8777
Email:   Rinku.Tribuiani@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JULIO MANUEL GODINEZ-DOMINGO,<br>a/k/a Manuel Oodillez,<br>a/k/a Julio Manuel Domingo-Godinez,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  25-8303-RMM<br>)<br>)<br>) |

FILED BY ___SW___ D.C.
Jun 4, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  05/31/2025  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) and (b)(1) | Illegal re-entry after deportation or removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, ICE Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date:  6/4/25

_____
Judge's signature

City and state:   West Palm Beach, FL      Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
<u>**IMMIGRATION AND CUSTOMS ENFORCEMENT**</u>

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Julio Manuel GODINEZ-DOMINGO, a/k/a Manuel OODILLEZ, a/k/a Julio Manuel DOMINGO-GODINEZ, committed the offense of illegal re-entry after deportation or removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about May 31, 2025, Julio Manuel GODINEZ-DOMINGO was arrested in Palm Beach County, Florida for domestic battery. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Julio Manuel GODINEZ-DOMINGO is a native and citizen of Guatemala. Records further show that Julio Manuel GODINEZ-DOMINGO was voluntarily removed from the United States, and returned to Mexico on two prior separate occasions, on or about following dates: September 8, 2003,

and September 14, 2003. On both above occasions, he falsely claimed Mexican citizenship.

5. Thereafter, Julio Manuel GODINEZ-DOMINGO re-entered the United States illegally and on or about August 8, 2008, was ordered removed from the United States. The Order of Removal was executed on or about August 14, 2008, whereby Julio Manuel GODINEZ-DOMINGO was removed from the United States and returned to Mexico.

6. Records further show that on or about July 23, 2008, in the Criminal Division of the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, Julio Manuel GODINEZ-DOMINGO was convicted of the felony offense of Attempt to Commit Robbery, in case number 2008-CF-004448B.

7. Julio Manuel GODINEZ-DOMINGO's fingerprints taken in connection with his May 31, 2025 arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, Julio Manuel GODINEZ-DOMINGO.

8. A records check was performed in the Computer Linked Application Informational Management System to determine if Julio Manuel GODINEZ-DOMINGO filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Julio Manuel GODINEZ-DOMINGO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States, as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about May 31, 2025, Julio Manuel GODINEZ-DOMINGO, an alien who was previously deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this ____ day of June 2025.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

3